MHW

**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEB 29 2008 aew
2-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LARRY L. ROBERSON

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**08CV1239**
**JUDGE ASPEN**
**MAG. JUDGE COLE**

vs.

CERMAK Health Center

DR. A. DunLAp

Thomas. S. DaRT

_____

_____

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓        COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: LARRY ROBERSON

    B.    List all aliases: N/A

    C.    Prisoner identification number: 20070056458

    D.    Place of present confinement: Cook County Jail

    E.    Address: P.O. Box 089002 Chicago ILL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Cermak Health Center

            Title: Head over the Doctor's

            Place of Employment: Cook County Jail

    B.    Defendant: DR. A. DUNLAP

            Title: Doctor of division 10 Head Doctor

            Place of Employment: Cook County Jail

    C.    Defendant: Thomas S. Dart

            Title: (Sheriff) of Cook Count Jail

            Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.    Name of case and docket number: _____ N\A _____

_____

B.    Approximate date of filing lawsuit: _____ N\A _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: ___ N\A _____

_____

_____

D.    List all defendants: _____ N\A _____

_____

_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N\A _____

F.    Name of judge to whom case was assigned: _____ N\A _____

_____

G.    Basic claim made: _____ N\A _____

_____

_____

H.    Disposition of this case (for example; Was the case dismissed? Was it appealed? Is it still pending?): _____ N\A _____

_____

I.    Approximate date of disposition: _____ N\A _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

A. These people ARE diretly, And indirectly responaidle for the Actions of there Employes whom failed to up hold Their Job disciptions. As I may Say I am a diabetic I had this illness for Eight in a half years (8½ yrs). I been taking inSulin Since I been A diabetic, the insulin I been takin is Novlin 70/30 twice A Day. Once in the morning In once at Night. When I first came to the county Jail they put ME in division 8 RTU, I was takin inSulin 70/30 18 units in moring 22 at Night. Once in division 8 DR. R. LEDvoRa put ME out of division 8 cause I got into a fight with An inmate, he took mE of inSulin in move me to division 5 to Seg, while in Seg when they move me in August I was takin metformin 1000 mg, what I can't whole in my Stomach. I Do State in Stand by the claim that Cermak health Center is responsiable for my Medica problem getting worser. In I'm in pain without my inSulin.

Revised 9/2007

The pills can Not hole on my stomach I defacated all the time in throw up everything that I eat. The Metformin is Not suitiable for me, in is messin up my Eye sight, I be seeing two little black dots in lost of vision most of the time. My Sugar is All ways high cause of KNow insulin.

B. Defendant DR. DunLap. I told MRS DR. A. DunLap that I take insulin in the world that the pills you all havin me takin is Not suitable for me I have A weak stomach. I took the flu visine in I still Caught it on 21 After I took the flu shoot in october 2007, was sent to the ER Room with AN I.V. in me in to fluids bags, Mrs DunLap told me Not to take my pills cause I have the flu.

C. Defendant Thomas S. Dart. Sheriff of Cook County Jail He is the boss oversee of Cook County Jail, employees being the boss or head of mahagement, he is responciable for the people who are trained employees in paid by his staff. He fail to protect my health in whealbeing, because he fail to Empilment the proper grevican committed. I been seen Now by two different doctors who Are Confused As to why my Medica problems are, in they Are getting worsths, blood sugar staying high. I hole the director of Cook County Jail Cermak health center Name UNNONE in Sheriff Dart.

Revised 9/2007

**V.      Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

I'u got lockup on July 28, 2007 have Not had my Insulin
iN 7 1/2 months case they move me out of the building
division 8 Rtu. I been Suffering for pain iN lost of vision iN a
lot of suffering. I will like to say they iNdaNger my life for
Not giving my insulin. I will like to get paid for the time being
that they have Not been giving my insulin for almost 9 months

**VI.      The plaintiff demands that the case be tried by a jury.**  ☑ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this _Febuary_ day of _24_ , 20 _08_

_Larry L. Roberson_
(Signature of plaintiff or plaintiffs)

LARRY L. RobeRSON
(Print name)

20070054458
(I.D. Number)

P.O Box 089002 chicago Ill 60608
Division 10 2B Cell 11
(Address)

Revised 9/2007