MHW

08CV1239
JUDGE ASPEN
MAG. JUDGE COLE

2-24-08

FILED
FEB 2 9 2008
2-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael. W. Dobbins

To whom it may concern,

My name is Larry L. Roberson, in I'm currently incarcerated at the Cook County Jail in Division 10 2B. In I completed the ful form of the Complaint under the Civil Rights Act, Title 42 Section 1983 U.S. Code, in I understand the I have to have three exter copys for each defendant in the Judge, this is the only copy that I have in the Law Libary teacher said that she can not make any copy's case I do not have a case number yet, which I don't understand. May you please make the three copy's for me a one for the Judge for me please in send the original copy back, if you have time please. Plus I do not have an Attorney yet to fill out case number or the Judge section or the Motion for appointment of counsel.

Very truly yours,

Larry L. Roberson

Larry L. Roberson