March 28, 2008

To: Michael W. Dobbins, Clerk       08C1239

FILED
APR - 3 2008
Apr 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

How are you doing fine I hope, as for myself hanging in there. My Name is Larry Lorenzo Roberson in Im incarcerated at the Cook County Jail Division 10 2B Cell 11  P.O. Box 089002 Chicago IL 60608. Sometime in Feburary I sent you my Complaint under the Civil Rights Act, Title 42 Section 1983, which was the only copy that I had, because the law libary teacher would not let us copy any 42 Section 1983 if we don't have a case Number, which I didn't have at the time. Now that I have my case Number 08C-1239 Larry L. Roberson -vs- Cermak Health Center Et Al. When I sent my claim of I have inform you that our Law Library teacher Mrs. Gee dose Not give us copy's of 42 sections or copy our complaint, so I sent you all my original document and ask if you all could make the copy's that I need in send the original copy back stamped, I don't have my statement back yet. I have Judge Aspen Magistrate Judge cole. May you please send me the original copy of my statement in some extra copy's of 42 Sections 1983 as soon as possible. I have writen several lawyers on behalf of my case in have Not Receive anything back Yet. I did not have Know copy's to send the defendant's attorneys or the Judges. Mr. Michael W. Dobbins may you please send me my original copy of my statemend document complaint so I could get them to

defendants Attorneys, which I Need me a lawyer for that, but I have writen for or five lawyers in have Not Receive Nothing back yet. So May you please Send me the ORiginal statement back So Sign in Send it back. Thanks very Much and have a bless day. And I Still have Not receive my insulins, in I'm in pain in suffering.

Sincerely,

*[signature]*

Larry C. Roberson