**FILED**
APR 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

April 23, 2008

To: Whom it may concern,

My name is Larry Lorenzo Roberson #20070056458 in my case number is 08 C 1239 Assigned Judge is Mr. Marvin E. Aspen in Magistrate Judge is Mr. Cole. In I am still incarcerated here at the county jail. I have been writing lawyer's trying to get them to take my case, I have wrote 8 different law firm's the same day that I have wrote McNally Law offices, S.C., on March 28, 2008, in I wrote John Howard Association of Illinois, Cook Count Bar Association lawyer, in the Loevy & Loevy Law office. Just only gotten one respond from the McNally Law offices which I have put the letter in the envolpe. In on April 9, 2008 I have wrote Karen L. Daniel, Northwestern University school of Law, Steven Greenberg 820 Jackson Street Suite 310, Matthew J. O'Hara (Bar No. 6237795) Reed Smith LLP 10 South Wacker Drive, in Edward Kardelis from Rockford office. I only receive a letter from Karen L. Daniel from Northwestern University school of Law, I have been trying to receive appointment of

Counsel, its just I was waiting on the law offices to write me back, in I had to make copys of the letters in send you all the original copy's. As soon as the other firm's write me back I will be please to send you all the original letter's as soon as possible. I have receive my U.S. Marshals Service copy, that was serve to Dr. A. Dunlap. Have a bless day, in may god bless you all.

Sincerely,
*Larry L. Roberson*
Larry L. Roberson

John F. McNally*
Michael J. Donovan* ***
Patrick C. O'Neill* **
David J. Bischmann*
Miles G. Lindner*
Gregory D. Abel**
Cindy R. Baum**
Christopher A. Kurtz**
William Smoler*
Gary D. Lippow*
Darin Poole *
Edward F. Kardelis**
Rick McLaughlin**

Licensed in WI*
Licensed in IL**
Licensed in IA***

# McNally Law Offices, s.c.
## Attorneys at Law
633 West Wisconsin Avenue
Suite 2000
Milwaukee, WI 53203
www.mcinjurylaw.com

1-414-271-5300 / Toll Free 1-866-400-0090

Milwaukee Office
(414) 271-5300
Toll Free (866) 400-0090

Madison Office
(608) 258-1860
Toll Free (866) 258-4860

Appleton Office
(920) 882-4861
Toll Free (866) 882-4861

Decatur Office
(217) 424-8833
Toll Free (866) 424-8833

Peoria Office
(309) 691-5700
Toll Free (866) 400-0090

Belleville Office
(618) 234-8833
Toll Free (866) 400-0090

Rockford Office
(815) 963-3688
Toll Free (866) 963-3644

April 3, 2008

Mr. Larry Roberson
20070056458
Division 10, 2B, Cell 11
Post Office Box 089002
Chicago IL 60608

Dear Mr. Roberson:

Please be advised that I am in receipt of your March 28, 2008 correspondence regarding the difficulties you are experiencing in receiving medical care at the Cook County Jail.

Unfortunately, our law firm does not handle these types of matters. I suggest that you ask your defense attorney to intervene, and to ask the jail authorities to immediately address the fact that you are not receiving medication as prescribed for you.

Or, in the alternative, I suggest that you contact the Cook County Bar Association to see whether or not they can give you a referral to a lawyer in Chicago who handles these types of cases. The Cook County Bar Association Lawyer Referral Service telephone number is 312-630-1157.

I hope this information is of some help to you.

Sincerely yours,

JOHN F. McNALLY
Attorney at Law

JFM:cl

Fax (414) 271-7760

*A program of the Bluhm Legal Clinic*

# Center on Wrongful Convictions

**KAREN L. DANIEL**, Senior Staff Attorney

April 15, 2008

Larry L. Roberson
Division 10 2B Cell 11
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Roberson,

    I am in receipt of your letter dated April 9. I am not able to help you with the legal problem that you described, as the Center on Wrongful Convictions does not take that type of case. Your letter suggests to me that your medical situation is one that should be addressed immediately, however, and therefore I urge you to bring it to the judge's attention the next time you are in court, and also that you bring it to your attorney's attention right away once you obtain legal counsel.

    Best of luck to you.

Sincerely yours,

Karen L. Daniel

Northwestern University School of Law
357 East Chicago Avenue
Chicago, Illinois 60611-3069
312.503.8576; fax 312.503.8977
www.law.northwestern.edu