## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1239 | **DATE** | May 15, 2008 |
| **CASE TITLE** | Larry Roberson (2007-0056458) v. Cermak Health Center | | |

**DOCKET ENTRY TEXT:**

Plaintiff's letter to the Court [12] is construed as a motion for the appointment of counsel and is denied without prejudice.

*/s/ Marvin E. Aspen*

■ [**For further details see text below.**]  Docketing to mail notices.

### STATEMENT

Plaintiff has sent a letter to the Court requesting the appointment of counsel. Although pro se civil litigants do not have a right to an attorney, this Court may appoint counsel at any time during the proceedings if the complexity of the case and the plaintiff's inability to litigate the case himself demonstrate that counsel would provide a substantial benefit. *Lewis v. Sullivan*, 279 F.3d 526, 529 (7th Cir. 2002); *Gil v. Reed*, 381 F.3d 649, 656 (7th Cir. 2004). The case at the present time does not involve complex discovery or an evidentiary hearing, and plaintiff's current pleadings indicate that he may proceed with his case at this stage of the proceedings. Accordingly, his motion for the appointment of counsel is denied without prejudice. *Pruitt v. Mote,* 503 F.3d 647, 656-59 (7th Cir. 2007). Plaintiff is advised that letters to judges of this court are not allowed and that all requests should be filed in the form of a motion.

isk