## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LARRY ROBERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1239 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Marvin E. Aspen |
| DR. DUNLOP, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:    Larry L. Roberson
       #2007-0056458
       Cook County Jail
       P.O. Box 089002
       Chicago, IL 60608

Please take notice that on May 20, 2008, at 10:30 a.m. or as soon as counsel may be heard, I shall appear before the Honorable Judge Marvin Aspen, or any Judge sitting in his stead, in the courtroom usually occupied by him in Room 2568, 219 S. Dearborn, Chicago, Illinois 60604 and present the attached Motion To Enlarge.

                              Richard A. Devine
                              State's Attorney of Cook County

      By:    /s/ Steven L. Satter
                              Steven L. Satter
                              Assistant State's Attorney
                              500 Richard J. Daley Center
                              Chicago, Illinois 60602
                              ARDC # 6243813

## CERTIFICATE OF SERVICE

      STEVEN L. SATTER, hereby certifies that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the following document:

**Motion to Enlarge**

was served pursuant to the District Court's ECF system as to ECF filers.

                                                                s/ Steven L. Satter
                                                               Steven L. Satter