## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Larry L Roberson
                         Plaintiff,

v.                                       Case No.: 1:08–cv–01239
                                               Honorable Marvin E. Aspen

A Dunlap, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 5/16/08:Defendants' Motion for extension of time [15] to answer or otherwise plead to plaintiff's complaint, up to and including 6/15/08 is granted. Motion terminated. A Status hearing is set for 6/26/2008 at 10:30 AM. The motion hearing set for 5/20/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.