United States District Court
Northern District of Illinois

FILED
JUL 1 1 2008
Jul 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Notification of Motion for Declaration for Default.

Larry L. Roberson
　　　Plaintiff

-V-

CASE NO: 08-CV-01239  08cv1239
Honorable Judge Marvin E. Aspen

DR. A. Dunlap, Et al.
　　　Defendant

Larry L. Roberson #20070056458, hereby declares: I am the plaintiff herein. The complaint herein was filled on February 29, 2008. The court files and record herein show's that the Defendants were served by the United States Marshal with a copy of Summons, and a copy of the plaintiffs Complaint on April 16, 2008 at 13:00 A.M.

　More than 20 days have elapsed since the date on which the defendants herein were served with Summons and a copy of Plaintiff's Complaint, Excluding the date thereof, The Defendants have failed to answer or otherwise defend as to plaintiff Complaint, or Serve a copy of any Answer or any defense Which it might have had, upon Affiant or any other plaintiff herein.

　I declare under penalty of perjury that the foregoing is true and correct. Executed at Chicago ILL, July 8, 2008

_Larry L. Roberson_　　DATE: July 8, 2008.