United States District Court
Northern District of Illinois



Notification of Motion for Judgment by Default.

**FILED**
JUL 14 2008
Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Larry L. Roberson
  Plaintiff

-V-

Dr. A. Dunlap
  Defendant

08cv1239

CASE NO: 08-CV-01239

Honorable Marvin E. Aspen

  Plaintiffs move this court for a judgment by default in this Action, and show that the complaint in the above case filed in this court on February 24, 2008 in was received by the clerk on February 29, 2008; the Summons and complaint were duly served on the Defendant Dr. A. Dunlap on April 7, 2008; No answer or other defense has been filed by the defendant; Default was Entered in the civil docket in the office of this clerk on June 26, 2008 in status hearing is Continued to July 24, 2008 at 10:30 a.m. No proceeding have been taken by the Defendant since the default was Entered; Defendant was not in military service and is not an infant or incompetent as appears in the declaration of Larry L. Roberson #20070056458 Submitted here with.

  Wherefore, plaintiff moves that this court make and Enter a judgment that Same as prayer for relief in complaint. Larry L. Roberson #20070056458
  Cook Count Jail P.O. Box 089002

Date: July 10, 2008
  Chicago Ill, 60608
  Division 10 1C Cell 11