## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LARRY ROBERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1239 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Marvin E. Aspen |
| DR. DUNLOP, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.

NOW COMES the Defendant, Dr. Dunlop, through her attorney Richard A. Devine, through his assistant, Steven L. Satter, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), states as follows:

1. That based upon information and belief, the above named Defendant was served with process, on or about April 16, 2008.

2. That undersigned counsel was previously granted until June 15, 2008 to answer or otherwise plead.

3. That filed under separate cover is Defendants' Motion to Dismiss.

4. That undersigned counsel is not being dilatory in bringing this motion, and that said motion is brought in good faith.

WHEREFORE, the Defendants request that this Honorable Court grant the following relief:

   a. That this Honorable Court vacate any technical defaults that may be entered;

   b. And to grant any other relief it deems necessary and just.

                                                Respectfully submitted,
                                                State's Attorney of Cook County


                                   By:    /s/ Steven L. Satter
                                                    Steven L. Satter
                                                      Assistant State's Attorney

Steven L. Satter
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60601
(312) 603-5105