INCORRECT DOCUMENT (PDF) LINKED

Case 1:08-cv-01239   Document 23-2   Filed 07/21/2008   Page 1 of 1