## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LARRY ROBERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1239 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Marvin E. Aspen |
| DR. DUNLOP, | ) | |
| | ) | |
| Defendant. | ) | |

### EMERGENCY NOTICE OF MOTION

To:   Larry L. Roberson
      #2007-0056458
      Cook County Jail
      P.O. Box 089002
      Chicago, IL 60608


Please take notice that on July 22, 2008, at 10:30 a.m. or as soon as counsel may be heard, I shall appear before the Honorable Judge Marvin Aspen, or any Judge sitting in his stead, in the courtroom usually occupied by him in Room 2568, 219 S. Dearborn, Chicago, Illinois 60604 and present the attached Motion To Enlarge.

                            Richard A. Devine
                            State's Attorney of Cook County

      By:    /s/  Steven L. Satter
             Steven L. Satter
             Assistant State's Attorney
             500 Richard J. Daley Center
             Chicago, Illinois 60602
             ARDC # 6243813

## CERTIFICATE OF SERVICE

     STEVEN L. SATTER, hereby certifies that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the following document:

**Motion to Enlarge**

was served pursuant to the District Court's ECF system as to ECF filers.

s/ Steven L. Satter  
Steven L. Satter
