## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LARRY ROBERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1239 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Marvin E. Aspen |
| DR. DUNLOP, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

NOW COME the Defendants by their attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, Steven L. Satter, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move this Honorable Court to dismiss the Plaintiff's Complaint for failure to state a claim upon which relief may be granted.

    Respectfully submitted,
    State's Attorney of Cook County

By: /s/ Steven L. Satter
    Steven L. Satter
    Assistant State's Attorney

Steven L. Satter
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60601
(312) 603-5105
ARDC # 6243813