## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LARRY ROBERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1239 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Marvin E. Aspen |
| DR. DUNLOP, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To:  Larry L. Roberson
     #2007-0056458
     Cook County Jail
     P.O. Box 089002
     Chicago, IL 60608

     PLEASE TAKE NOTICE that on July 22, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Defendants' Motion to Dismiss Plaintiff's Complaint.

                         Respectfully submitted,

                         RICHARD A. DEVINE
                         State's Attorney of Cook County

By:   /s/ Steven L. Satter
        Steven L. Satter
        Assistant State's Attorney
        Civil Actions Bureau
        500 Richard J. Daley Center
        Chicago, Illinois 60602
        (312) 603-5105
        ARDC# 6243813

## CERTIFICATE OF SERVICE

STEVEN L. SATTER, hereby certifies that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the following document:

**Motion to Enlarge**

was served pursuant to the District Court's ECF system as to ECF filers.

s/ Steven L. Satter
Steven L. Satter
