UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Larry L Roberson
       Plaintiff,

v.             Case No.: 1:08−cv−01239
             Honorable Marvin E. Aspen

A Dunlap, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

  MINUTE entry before the Honorable Marvin E. Aspen dated 723/08:Defendant having responded to the complaint, Plaintiff's motion for a default judgment [#21] is denied. Motion terminated. Defendant's motion for an extension of time [#22] is granted. Motion terminated. The following briefing schedule is set for Defendant's motion to dismiss [#26]. Plaintiff has until 8/25/08 to respond to the motion to dismiss. Plaintiff need only address the arguments and issues with respect to Defendant Dr. Dunlap; Tom Dart and Cermak Health Center are no longer defendants in this case. If Plaintiff responds, Defendant shall have until 9/9/08 to reply. Ruling will be by mail. The status hearing set for 7/24/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.