

FILED
Aug 11 2008 (CW)
AUG 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LARRY L. ROBERSON
　　　　　Plaintiff

V.

A DUNLAP, et al
　　　　　Defendant

CASE # 1:08-CV-01239

## PLAINTIFFS ANSWER TO DEFENDANTS MOTION TO DISMISS

　　　Now comes the petitioner Larry L. Roberson, Forma Paurpus and respectfully moves this honorable court to dismiss the said defendants Motion to dismiss which was filed before this Honorable court in the Month of July, the date of the 22nd and in the year 2008. For the record let it be so stipulated that the plaintiff has received (A) Defendants motion to dismiss and (B) The filing Notice of said documentation

3)

(B) The said defendants stipulated a fact in which the plaintiff did not specify relief requested in which the defendant has attatched a motion for an ammendend (Suppliments) 1993 along with said document

(C) The said petitioner will also supliment his claim as he forwards said documentation

WHEREFORE the defendant moves this Honorable court to execute a judicial order to dismiss said defendants motion to dismiss and proceed in the matter of case # 1:08-CV-01239 and grant relief to the said Larry L. Roberson

Larry L. Roberson #2007005445P    8-5-08
Respectfully Submitted    Date

2)

pursuant to Rule 12(B)(6) of the federal Rules of civil procedure. The defendants rational for said motion was that the plaintiff failed to state a claim upon which relief may be granted. The said defendants motion is clearly unfounded as the plaintiff will not only rely on attatched documentation but also a memorandum of law that will solidify his claim on the neglegence of the said Dr. Dunlop, as well as the County of Cook

WHEREFORE the defendant moves this Honorable court to execute a judicial order to dismiss the defendants motion to dismiss pursuant Rule 12(B)(6) of the Federal Rules of procedure in the interest of justice for the following reasons stated herein

(A) The said plaintiff that being harry L Roberson brought before this Honorable court a complaint under Act 42 Section 1983 (1983 form) US. Cermak Health Center, Thomas S. Dart and Dr A Dunlap. (see Attatched documentation.

Larry L. Roberson
                    Plaintiff

V.
A Dunlap
              Defendant

                         CASE # 1:08-CV-01239

        Now comes the plaintiff
Larry L. Roberson forma paupas and
respectfully moves this Honorable court
to accept the Aforesaid ammendended 1983
petition and supplimental motion pursuant
The Federal Rules of Civil procedure.

        The ammended petition is as
follows.
(1) Plaintiff requests specified relief
as well as claim

_____ #2007005G458     8-5-08
Respectfully Submitted                    Date