## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LARRY ROBERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1239 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Marvin E. Aspen |
| DR. DUNLOP, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To:   Larry L. Roberson
      #2007-0056458
      Cook County Jail
      P.O. Box 089002
      Chicago, IL 60608

   PLEASE TAKE NOTICE that on August 19, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

                              Respectfully submitted,

                              RICHARD A. DEVINE
                              State's Attorney of Cook County

              By:   /s/ Steven L. Satter
                    Steven L. Satter
                    Assistant State's Attorney
                    Civil Actions Bureau
                    500 Richard J. Daley Center
                    Chicago, Illinois 60602
                    (312) 603-5105
                    ARDC# 6243813

## CERTIFICATE OF SERVICE

  STEVEN L. SATTER, hereby certifies that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the following document:

**Motion to Enlarge**

was served pursuant to the District Court's ECF system as to ECF filers.

                s/ Steven L. Satter
                Steven L. Satter