UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY ROBERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1239 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Marvin E. Aspen |
| DR. ANNE DUNLOP | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:** Larry L. Roberson
#2007-0056458
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

PLEASE TAKE NOTICE that on **September 18, 2008** at **10:30** a.m., I shall appear before the **Honorable Marvin E. Aspen** in the courtroom usually occupied by **him** in Room **2568** of the United States District Court, Northern District of Illinois, Eastern Division, and present **MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**.

Respectfully Submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By: /s/ *Kevin Frey*
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL  60602
(312) 603-6189

**CERTIFICATE OF SERVICE**

I, Kevin Frey, Assistant State's Attorney, certify that I served this notice and above referenced documents by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **September 12, 2008**.

/s/ *Kevin Frey*